1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE BUCKLEY, et al., | Case No.  15-cv-01212-MEJ |
| Plaintiffs, | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| v. | |
| COOPER VISION, INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Costco Wholesale Corporation v. Johnson & Johnson Vision Care Inc*, 15-cv-00941-HSG.

**IT IS SO ORDERED.**

Dated: March 24, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge